**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule "A",<br><br>Defendants. | Case No. 1:24-cv-04765<br><br>Dist. Judge Franklin U. Valderrama<br><br>Mag. Judge Jeffrey T. Gilbert. |

**NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO**

**DEFENDANT NOs. 113, 292, 350, 372, 387**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Guizhou Xiaozhi Sheep Trading Co. Ltd ("Plaintiff") hereby dismiss this action as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| LBBENBI | 113 |
| dealsonline2018 | 292 |
| lidors57 | 350 |
| neyeslight | 372 |
| homegoods_2021 | 387 |

Dated:     October 1, 2024                    Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF