IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04765 |
| v. | ) ) | Dist. Judge Franklin U. Valderrama |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | Mag. Judge Jeffrey T. Gilbert. |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND DISMISSAL UNDER RULE 41(a)(1) AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Guizhou Xiaozhi Sheep Trading Co. Ltd ("Plaintiff") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Welltop | 93 |
| Number-one | 109 |
| TOCSO Deal | 111 |
| sheng YI | 149 |
| Yannee | 150 |
| Wuweikeji | 152 |
| yiqingshop6 | 317 |

Dated: October 11, 2024                              Respectfully submitted,

                                                /s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

ATTORNEY FOR PLAINTIFF