**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-04765 |
| | ) | |
| v. | ) | Dist. Judge Franklin U. Valderrama |
| | ) | |
| The Partnerships and | ) | Mag. Judge Jeffrey T. Gilbert. |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b)(2) and this Court's Orders dated July 18, 2025 and October 7, 2025, Plaintiff Guizhou Xiaozhi Sheep Trading Co. Ltd respectfully renews its motion for default judgment against the Defaulting Defendants identified on Schedule "A."

In accordance with the Court's directive, Plaintiff submits a supporting declaration from its Manager, Qiangwei Liang, providing a factual predicate for a reasonable-royalty licensing fee of $10,000 per Defendant under 35 U.S.C. § 284. Plaintiff further submits a Memorandum of Law and accompanying exhibits in support of this Motion.

Dated: October 13, 2025

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

*Counsel for Plaintiff*