IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 1:24-cv-04765 <br> ) |
| v. | ) Dist. Judge Franklin U. Valderrama <br> ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Jeffrey T. Gilbert. <br> ) <br> ) <br> ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS AND VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITH PREJUDICE**

Plaintiff, Guizhou Xiaozhi Sheep Trading Co. Ltd, by and through its undersigned counsel, hereby moves this Court to vacate the Default Judgment and Permanent Injunction (the "Default Judgment") as to certain Defendants, and to dismiss those Defendants with prejudice. In support thereof, Plaintiff states as follows:

1. On December 18, 2025, this Court entered a Default Judgment and Permanent Injunction against the Defendants identified in the Schedule A attached to that Order [Dkt. 78].

2. Prior to the entry of the Default Judgment, Plaintiff had reached settlement agreements with the Defendants listed in Exhibit 1 attached hereto (the "Settled Defendants").

3. Due to an administrative oversight, the Settled Defendants were inadvertently included in the list of Defendants against whom Plaintiff sought default judgment, and were not dismissed from the case prior to its termination.

4. Pursuant to Federal Rule of Civil Procedure 60(b)(1), the Court may relieve a party from a final judgment or order due to "mistake, inadvertence, surprise, or excusable neglect."

5. Plaintiff now moves to correct the record and fulfill its contractual obligations under the settlement agreements by vacating the Default Judgment as to the Settled Defendants only.

6. Furthermore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff wishes to dismiss all claims against the Settled Defendants with prejudice, with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order:

- (a) Vacating the Default Judgment as to the Settled Defendants listed in Exhibit 1;
- (b) Dismissing the Settled Defendants from this action with prejudice; and
- (c) Directing the Clerk of the Court to update the docket to reflect the dismissal of these Settled Defendants.

.

Dated: January 28, 2026

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

*Counsel for Plaintiff*