IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04765 |
| v. | ) ) ) | Dist. Judge Franklin U. Valderrama |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | Mag. Judge Jeffrey T. Gilbert. |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS AND VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITH PREJUDICE**

Plaintiff, Guizhou Xiaozhi Sheep Trading Co. Ltd, by and through its undersigned counsel, hereby moves this Court to vacate the Default Judgment and Permanent Injunction (the "Default Judgment") as to certain Defendants, and to dismiss those Defendants with prejudice. In support thereof, Plaintiff states as follows:

1. On December 18, 2025, this Court entered a Default Judgment and Permanent Injunction against the Defendants identified in the Schedule A attached to that Order [Dkt. 78].

2. Since the entry of the Default Judgment, Plaintiff and the Defendants listed in Exhibit 1 (the "Settled Defendants") have reached settlement agreements to resolve all claims in this matter.

3. In light of these settlements, the parties desire to restore the *status quo ante* as to the Settled Defendants. Vacating the Default Judgment as to these specific Defendants is necessary to facilitate the terms of the settlement agreements and to ensure the orderly release of associated restraints.

4. Pursuant to Federal Rule of Civil Procedure 60(b), including but not limited to Rule 60(b)(5), the Court may relieve a party from a final judgment when applying it prospectively is no longer equitable, or for any other reason that justifies relief under Rule 60(b)(6).

5. Plaintiff now moves to vacate the Default Judgment to fulfill its contractual obligations under the newly executed settlement agreements.

6. Furthermore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff wishes to dismiss all claims against the Settled Defendants with prejudice, with each party to bear its own fees and costs.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order:

- (a) Vacating the Default Judgment as to the Settled Defendants listed in Exhibit 1;
- (b) Dismissing the Settled Defendants from this action with prejudice; and
- (c) Directing the Clerk of the Court to update the docket to reflect the dismissal of these Settled Defendants.

.

Dated: February 15, 2026

Respectfully submitted,

/s/Zhiwei Hua
1360 Valley Vista Dr, Suite 140,
Diamond Bar CA 91765
Bar No. 6099105
huazhiwei@concordsage.com
Phone: (216)3923236

*Counsel for Plaintiff*