## Settled Defendants

| No. | Defendants' Name |
|---|---|
| 483 | Meih-SU |
| 8 | Gerlstech |
| 3 | Xweini US |
| 14 | Srygery Direct |
| 54 | Lewisia |
| 52 | Moistenland |
| 478 | AMIPEPE-US |
| 65 | sugahin |
| 20 | hanyunpeiyuanmaoyi |
| 89 | TRJZWA Gardening |