IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Guizhou Xiaozhi Sheep Trading Co. Ltd | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:24-cv-04765 |
| v. | ) ) | Dist. Judge Franklin U. Valderrama |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) ) | Mag. Judge Jeffrey T. Gilbert. |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO VACATE DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS AND DISMISSING SAID <u>DEFENDANTS WITH PREJUDICE</u>**

This matter coming before the Court on Plaintiff's Motion to Vacate Default Judgment as to Certain Defendants and Voluntarily Dismiss Certain Defendants with Prejudice (R. 83), and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is GRANTED.

2. The Default Judgment and Permanent Injunction entered on December 18, 2025 [Dkt. 78] is hereby VACATED and set aside solely as to the Defendants identified in Exhibit A attached to this Order.

3. All claims against the Defendants identified in Exhibit A are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

4. This Order does not affect the Default Judgment as to any other Defendants not listed in Exhibit A.

5. The Clerk of the Court is directed to update the docket and case records to reflect the dismissal of the Defendants listed in Exhibit A.

IT IS SO ORDERED.

Dated: 2/19/2026

*Franklin Vald*
_____
Franklin U. Valderrama
United States District Judge

**Settled Defendants**

| No. | Defendants' Name |
|---|---|
| 483 | Meih-SU |
| 8 | Gerlstech |
| 3 | Xweini US |
| 14 | Srygery Direct |
| 54 | Lewisia |
| 52 | Moistenland |
| 478 | AMIPEPE-US |
| 65 | sugahin |
| 20 | hanyunpeiyuanmaoyi |
| 89 | TRJZWA Gardening |