# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Guizhou Xiaozhi Sheep Trading Co. Ltd

                              Plaintiff,

v.    Case No.: 1:24−cv−04765
    Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: In light of Defendant TRJZWA Gardening's notice of withdrawal of Defendant's motion to vacate default judgment [84], as well as this Court's Order granting Plaintiff's motion to vacate default judgment as to certain Defendants, including Defendant TRJZWA Gardening, the Court terminated Defendant TRJZWA Gardening's motion to vacate default judgment [81] as moot. The Court strikes the briefing schedule entered on Defendant's motion [85]. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.