IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUIZHOU XIAOZHI SHEEP TRADING CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendant. | Civil Action No. 1:24-cv-04765 <br><br> Hon. Franklin U. Valderrama |

## DEFENDANT NO. 479 PISCATOR ZONE'S MOTION TO VACATE THE DEFAULT JUDGMENT

Defendant No. 479 Piscator Zone ("Piscator Zone" or "Defendant") moves to vacate the Default Judgment (Doc. 77, 78) against Defendant No. 479 Piscator Zone. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: March 13, 2026

Respectfully submitted,

By: */s/ Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614
Tel: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Defendant No. 479 Piscator Zone*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 13, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                   */s/ Steven G. Kalberg*
                                   Steven G. Kalberg